
FILED
October 1, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

ACCEPTED
03-15-00464-CV
7194853
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/1/2015 4:29:03 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00464-CV

_____

IN THE COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AT AUSTIN

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/1/2015 4:29:03 PM
JEFFREY D. KYLE
Clerk

_____

VICTORY CHEVAL HOLDINGS, LLC, GARRETT JENNINGS
AND CASTLE CROWN MANAGEMENT, LLC,

Appellants

v.

DENNIS ANTOLIK, VICTOR ANTOLIK
and CHEVAL MANOR, INC.,

Appellees

---

## APPELLEES' MOTION TO EXTEND DEADLINE TO FILE SUPPLEMENTAL CLERK'S AND REPORTER'S RECORDS

---

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellees Dennis Antolik and Cheval Manor, Inc. file this motion to extend the deadline to file supplemental clerk's and reporter's records from the hearing on the motions for contempt referred to the trial court by this Court. Because the contempt hearing has been reset by agreement to allow for continued settlement negotiations, it will not be possible to file the supplemental records within the deadlines imposed by this Court in its orders of referral.

8590-02/00537169.000

1

This an interlocutory appeal from a temporary injunction. Both sides have filed motions for contempt, which this Court referred to the trial court for hearing in orders issued on September 10 and 28, 2015. The Court's orders required the parties to submit supplemental clerk's and reporter's records on or before October 2, and 12, 2015. The parties agreed to hear both motions before the trial court on September 30, 2015.

On September 29, 2015, the parties attended mediation. Although no settlement was reached, the parties have agreed on a general framework that they hope will result in a final resolution of all disputes between the parties, including this appeal and the contempt motions. The parties agreed to recess the mediation and appeared for a status hearing before the trial court on September 30, 2015. The trial court reset the contempt hearing for November 5, 2015 to allow more time for settlement negotiations. The trial court also requested that it be allowed two weeks after the hearing to prepare the supplemental clerk's and reporter's records.

**PRAYER**

Accordingly, Appellees Dennis Antolik and Cheval Manor, Inc. respectfully request that the Court extend the deadline for all parties to submit the supplemental clerk's and reporter's records from the contempt hearing until November 24, 2015.

Respectfully submitted,

TAUBE SUMMERS HARRISON
 TAYLOR MEINZER BROWN LLP

By: */s/ Cleveland R. Burke*
    Mark C. Taylor
    State Bar No. 19713225
    Cleveland R. Burke
    State Bar No. 24064975
    100 Congress Avenue, 18th Floor
    Austin, Texas 78701
    (512) 472-5997
    (512) 472-5248 (FAX)
    mtaylor@taubesummers.com
    cburke@taubesummers.com

    ATTORNEYS FOR DENNIS ANTOLIK
    AND CHEVAL MANOR, INC.


## CERTIFICATE OF CONFERENCE

I hereby certify that, on October 1, 2015, I conferred via telephone with Appellants' attorneys Kemp Gorthey and Peyton Smith, who agreed to the relief sought in this motion. I conferred via email with Appellee Victor Antolik's current attorney Jack Bacon, who agreed to the relief sought in this motion. I also conferred via telephone with Appellee Victor Antolik's former attorney Isabelle Antongiorgi, who agreed to the relief sought in this motion.

*/s/ Cleveland R. Burke*
Cleveland R. Burke

# CERTIFICATE OF SERVICE

I hereby certify that the counsel listed below were served with a true and correct copy of the foregoing motion via eFile.TXCourts.gov on October 1, 2015:

Kemp Gorthey
The Gorthey Law Firm
604 W. 12th Street
Austin, Texas 78701
kemp@gortheylaw.com
*Counsel for Appellants Garrett Jennings and Castle Crown Management, LLC*

Donald R. Taylor
Isabelle M. Antongiorgi
Taylor, Dunham & Rodriguez, LLP
301 Congress Avenue, Suite 1050
Austin, Texas 78701
dtaylor@taylordunham.com
ima@taylordunham.com
*Former counsel for Appellee Victor Antolik*

Peyton N. Smith
Brian L. King
Reed & Scardino LLP
301 Congress Avenue, Suite 1250
Austin, Texas 78701
psmith@reedscardino.com
bking@reedscardino.com
*Counsel for Appellant Victory Cheval Holdings, LLC*

Jack Bacon
3839 Bee Caves Rd., Ste. 100
Austin, Texas 78746
hotbacon@me.com
*Counsel for Appellee Victor Antolik*

*/s/ Cleveland R. Burke*
Cleveland R. Burke